UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



Maresha N. Walker
_____
(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO._____

Surgical Care Affiliates
Memphis Surgery Center
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Maresha N. Walker__
(name of plaintiff)

is a citizen of the United States and resides at __3650 Benjestown Rd__
(street address)

__Memphis__         __USA__              __TN__
(city)             (country)            (state)

__38127__                            __(901) 644-8447__
(zip code)                           (telephone number)

3. Defendant **Surgical Care Affiliates, LLC**
(defendant's name)
lives at, or its business is located at **Memphis Surgery Center**
(street address)
**1044 Cresthaven Rd Memphis TN 38119** mw
(Corporate) **3000 Riverchase Galleria, Ste 500 Birmingham AL 35244**

4. Plaintiff sought employment from the defendant or was employed by the defendant at **1044 Cresthaven Rd - Memphis Surgery Center**
(street address)
**Memphis**     **USA**     **TN**     **38119**
(city)     (country)     (state)     (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **19th May 2010 / 11th May 2010 / 13th November 2009**
(day)     (month)     (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____
(day)     (month)     (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **20th May 2010**
(day)     (month)     (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **25th 3 2011** (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) **X** race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ___ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) **discriminatorily reprimanded plaintiff with written disciplinary action blemishing employee's employment file which was ultimately used in terminating plaintiff.**

10. The circumstances under which defendant discriminated against plaintiff were as follows: Management discriminatingly reprimanded plaintiff in defense of employees of a different race, divulged disciplinary actions taken against me to employees and allowed and participated in derogatory comments. Management ignored plaintiff's complaint about not being able to perform effectively due to anxiety caused by continued show of "favoritism". Management intimidated plaintiff in regards to continued employment after plaintiff addressed management about "showing favoritism". Administration was made fully aware of the discriminations being made. Administration witnessed management's irate behavior towards plaintiff while in a meeting and disregarded the actions. Administration condoned the discrimination until I consequently fell ill and was off work four months. Upon returning to work the administrator displayed retaliatory practices and ultimately terminated plaintiff.

11. The acts set forth in paragraph 9 of this complaint

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) __X__ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, or

(b) _____ Defendant be directed to re-employ plaintiff, or

(c) _____ Defendant be directed to promote plaintiff, or;

(d) __X__ Defendant be directed to compensate plaintiff for missed earnings due to unpreventable circumstances (discrimination), emotional and physical illness brought on.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( ) of my peers mnw

___Mareoha N. Walker___
SIGNATURE OF PLAINTIFF

Revised 4-18-08