# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| MARESHA N. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:11-cv-02517-JTF-dkv |
| | ) |
| SURGICAL CARE AFFILIATES, LLC and | ) |
| MEMPHIS SURGERY CENTER, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of *Pro Se* Plaintiff and Defendant's attorney hereinbelow that the parties have settled this case and that by the parties' agreement, Plaintiff's complaint should be dismissed with prejudice and each party should bear her or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff's complaint is dismissed in its entirety with prejudice and further that each party shall bear her or its own costs and fees.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
U.S. DISTRICT COURT JUDGE

DATE: December 10, 2012

APPROVED BY:

s/ Maresha N. Walker (w/permission)
Maresha N. Walker
3650 Benjestown Road
Memphis, TN 38127

*Pro Se* Plaintiff


s/ Pamela R. Irons
O. John Norris, III (TN Bar No. 017504)
Pamela R. Irons (TN Bar No. 023707)
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: norrisj@jacksonlewis.com
       ironsp@jacksonlewis.com

Attorneys for Defendant

4842-4254-3377, v. 1