UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**MARESHA N. WALKER,**

    **Plaintiffs,**

v.                                                          Cv. No. 11-2517-JTF

**SURGICAL CARE AFFILIATES, LLC and**
**MEMPHIS SURGERY CENTER,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Agreed Order of Dismissal With Prejudice docketed December 10, 2012.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| December 11, 2012 | THOMAS M. GOULD |
| DATE | CLERK |
| | *s/Lorri Fentress* |
| | (By) DEPUTY CLERK |